Christian Gabroy
(#8805)
Kaine Messer
(#14240)
GABROY | MESSER
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel:    (702) 259-7777
Fax:    (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff
Jacob Boucon*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JACOB BOUCON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>COLLEGE LOAN CORPORATION, a Nevada Corporation; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>Defendant. | Case No: 2:24-cv-01405-RFB-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(Second Request)** |

<u>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**</u>

It is hereby stipulated by and between Plaintiff Jacob Boucon ("Plaintiff" or "Boucon") and Defendant College Loan Corporation ("Defendant'") by and through their respective attorneys of record, that Plaintiff shall have an extension up to and including July 16, 2025, for Plaintiff to file his Response to Defendant's Motion for Summary Judgment. This stipulation is submitted per LR IA 6-1. Defendant filed its Motion for Summary Judgment on May 28, 2025 and Plaintiff's Response is currently due on July 9, 2025. *See* ECF Nos. 18 and 20. This is the second request for an extension to file Plaintiff's Response to Defendant's Motion for Summary Judgment.

This request is based upon the following:

1. Defendant filed its Motion for Summary Judgment on May 28, 2025. ECF No. 18.

2. Plaintiff's responsive pleading is currently due July 9, 2025. *See* ECF No. 20.

3. This is the second request for an extension of time for the Plaintiff to file his responsive pleading. *See* ECF No. 19.

4. This request for extension is made in good faith and good cause supports the request.

5. Plaintiff currently is tending to multiple upcoming mediations, one conciliation, and has had multiple essential staff members out of the office due to the recent holiday and other matters. Additionally, Plaintiff's counsel was recently out of the office due to a health issue and has experienced personnel transition.

6. Plaintiff has requested this extension and Defendant has graciously accepted.

7. Therefore, the parties agree that the deadline to file Plaintiff's Response to Defendant's Motion for Summary Judgment shall be extended from July 9, 2025 to **July 16, 2025**.

/ / /

8. No party is prejudiced by this request and this request is made in good faith and not for purposes of delay.

Dated this 8th day of July 2025.

GABROY | MESSER

By: /s/ Christian Gabroy
Christian Gabroy
(#8805)
Kaine Messer
(#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, NV 89012
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff*

Dated this 8th day of July 2025.

FENNEMORE CRAIG, P.C.

By: /s/ Shannon S. Pierce
Shannon S. Pierce
(#12471)
7800 Rancharrah Parkway
Reno, NV 89511
spierce@fennemorelaw.com
*Attorney for Defendant*

**IT IS SO ORDERED**.

**DATED** this 8th day of July, 2025.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE