**FENNEMORE CRAIG P.C.**
Shannon S. Pierce, Esq.
Nevada Bar No. 12471
Austin Slaughter
Nevada Bar No. 15645
7800 Rancharrah Parkway
Reno, NV 89511
Telephone:  (775) 788-2200
Facsimile:  (775) 786-1177
e-mail:  spierce@fennemorelaw.com

Attorneys for Defendant
*College Loan Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACOB BOUCON, an individual;<br><br>Plaintiff,<br><br>v.<br>COLLEGE LOAN CORPORATION, a Nevada Corporation; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>Defendant. | Case No. 2:24-cv-01405<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE MAY 12, 2026 SETTLEMENT CONFERENCE**<br><br>*(First Request)* |

WHEREAS, a settlement conference is scheduled in this matter for May 12, 2026;

WHEREAS, counsel for Defendant is currently experiencing medical issues that counsel hoped would resolve prior to May 12, 2026. , At  present, the medical issues continue to impact counsel's ability to attend the settlement conference as scheduled;

WHEREAS, defense counsel apologizes  to the Court for any inconvenience. The parties have stipulated to continue the May 12, 2026 settlement conference to the next available date on the Court's calendar barring scheduling conflicts;

WHEREAS, this is the parties' first request for a continuance of the May 12, 2026 settlement conference, and such request is not sought for the purpose of delay or any other improper purpose;

1

15504544.2

NOW, THEREFORE, the parties, by and through their respective counsel of record, **STIPULATE AND AGREE** as follows:

1.    The settlement conference currently scheduled for May 12, 2026 shall be vacated and continued to the next available date that is convenient for the Court, and on which the parties and their counsel are available.

**IT IS SO STIPULATED.**         **Gabroy | Messer**

Dated this 8th day of May, 2026         /s/  Christian Gabroy

Christian Gabroy Bar No. 8805
Gabroy | Messer

DATED this 8th day of May, 2026.

FENNEMORE CRAIG, P.C.

By:    /s/ Shannon S. Pierce
        Shannon S. Pierce, NV Bar No. 12471

*Attorneys for Defendant*
College Loan Corporation

## ORDER

Based on the foregoing stipulation of the parties, and for GOOD CAUSE shown, it is hereby ORDERED that the settlement conference currently set for May 12, 2026 is vacated and continued to **August 11, 2026, at 9:00am**. The parties may email to the Settlement Judge any supplementation to their settlement briefs by **August 4, 2026.**

_____
UNITED STATES MAGISTRATE JUDGE
5-8-26

15504544.2

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of FENNEMORE CRAIG, P.C., and that on this date, pursuant to FRCP 5(b), I am serving a true and correct copy of the attached **STIPULATION AND PROPOSED ORDER TO CONTINUE MAY 12, 2026 SETTLEMENT CONFERENCE (*First Request*)** on the parties set forth below by:

   _____      Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices

   _____      Certified Mail, Return Receipt Requested

   _____      Placing an original or true copy thereof in a sealed envelope and causing the same to be personally Hand Delivered

   _____      Federal Express

   XX \_\_      E-service via CM/ECF

addressed as follows:

Christian Gabroy
Nevada State Bar No. 8805
Kaine Messer
Nevada State Bar No. 14240
Gabroy | Messer
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel: (702) 259-7777 Fax: (702) 259-7704
Email: christian@gabroy.com
      kmesser@gabroy.com
*Attorneys for Plaintiff*

DATED this 8th day of May, 2026.

*/s/ Susan E. Whitehouse*
An employee of FENNEMORE CRAIG, P.C.

3

15504544.2